OSCN Found Document:IN RE: AMENDMENT TO THE OKLAHOMA SUPREME COURT RULES

 
 
 
 OSCN navigation


 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 





 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 

 
 
 
 IN RE: AMENDMENT TO THE OKLAHOMA SUPREME COURT RULES
2014 OK 19
Decided: 03/24/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 19, __ P.3d __

NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL 
RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

IN RE: AMENDMENT TO THE OKLAHOMA SUPREME COURT RULES, 12 O.S. 
Ch. 15, App. 1.


ORDER ADOPTING AMENDMENT TO OKLAHOMA SUPREME COURT 
RULES
¶1 The Court has reviewed the recommendation of the Oklahoma Supreme 
Committee for Uniform Jury Instructions that Oklahoma Supreme Court Rule 1.28 be 
amended to include new material designated as paragraph 1.28(l) and codified 
immediately following paragraph 1.28(k).
¶2 The Court hereby adopts new paragraph 1.28(l) for Supreme Court Rule 
1.28,and it is therefore ordered, adjudged and decreed that paragraph 1.28(l), 
as set out herein shall be included and codified as paragraph 1.28(l) of 
Oklahoma Supreme Court Rule 1.28, 12 O.S.2001, Ch. 15, App., 1.
¶3 Paragraph 1.28(l) of Okla. Sup. Ct. R. 1.28 shall be effective sixty (60) 
days from the date this Order is filed with the Clerk of this Court.
¶4 New paragraph (l) of Okla. Sup. Ct. R. 1.28 shall state as follows:

 
 Okla. Sup. Ct. Rule 1.28 (l) Juror questionnaires
 (A) If appellate counsel designates the questionnaire of any juror, the 
 Clerk of the District Court shall transmit the sealed original 
 questionnaire(s) to the Clerk of the Supreme Court along with the rest of 
 the appellate record. Only the attorneys of record on appeal may view the 
 juror questionnaires at the office of the Oklahoma Supreme Court Clerk, and 
 attorneys shall not remove the juror questionnaires from the custody of the 
 Court. The attorneys of record on appeal may contact the Clerk to schedule a 
 date and time when the questionnaires may be viewed. The sealed juror 
 questionnaires may not be photocopied or removed from the Supreme Court 
 Clerk office.
 (B) After an appeal has been decided by this Court, or the Court has 
 denied A petition for writ of certiorari, the Oklahoma Supreme Court Clerk 
 shall continue to retain all questionnaires until the later of (1) the 
 expiration of time for filing a petition for a writ of certiorari in the 
 United States Supreme Court; or (2) the issuance of a notice of final 
 disposition by the United States Supreme Court. See Okla. Sup. Ct. R. 
 1.16 and Sup. Ct. R. 45-46. Thereafter, the Oklahoma Supreme Court Clerk 
 shall destroy all originals and photocopies of juror questionnaires.
 (C) Briefs and motions shall not refer to jurors by name, but shall use 
 initials or juror number instead.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THE 
13TH DAY OF MARCH, 2014.

/S/CHIEF JUSTICE

Colbert, C.J., Reif, V.C.J., Kauger, Watt, Edmondson, Combs and Gurich, JJ., 
- concur,
Winchester, J. - concurs in result,
Taylor, J. - concurs in part and dissents in part.
I would adopt all of the recommendations of the OUJI-CIV 
committee.




 Citationizer© Summary of Documents Citing This Document
Cite
 Name
 Level
 Title 12. Civil Procedure Cite
Name
Level 12 O.S. RULE 1.28, RECORD
Cited
Citationizer: Table of Authority
Cite
 Name
 Level
 None Found.